# United States District Court

**CENTRAL** DISTRICT OF **CALIFORNIA**



**FILED**
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: KL  DEPUTY

UNITED STATES OF AMERICA

v.

JUAN MORENO
  aka JUAN CRISANTO MORENO
REG#: 75508-112

**CRIMINAL COMPLAINT**

CASE NUMBER:
2:22-mj-04528 -duty

**LODGED**
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 4, 2022, in the County of Los Angeles, in the Central District of California, defendant JUAN MORENO aka JUAN CRISANTO MORENO ("MORENO") did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751. I further state that I am a Deputy United States Marshal, and that this complaint is based on the following facts:

On or about November 5, 2022, the United States Marshals Service received information from Juan Herrera, Residential Reentry Manager and Chief Executive Officer at the El Monte Center Residential Reentry Center ("RRC"), stating that MORENO had escaped from the RRC, located at 11750 Ramona Blvd, El Monte, California, CA 91732. According to Bureau of Prisons records, MORENO is a white male, approximately 5 feet, 8 inches tall, weighing approximately 180 pounds, with brown hair and brown eyes. MORENO is 30 years old and is a United States citizen.

From my review of court records, I learned that on or about August 27, 2018, in the United States District Court for the Central District of California, Case No. 8:17-CR-145, MORENO was sentenced to a term of 77 months' imprisonment, with 2 years of supervision to follow for a conviction of being a felon in possession of a firearm and/or ammunition, in violation of 18 U.S.C. § 922(g)(1). On October 3, 2022, MORENO was transferred from United States Penitentiary Atwater to the RRC to serve the remainder of his sentence. MORENO was scheduled to be released from the RRC on March 29, 2023.

On November 4, 2022, at approximately 11:24 p.m., staff conducted a head count of the inmates housed in the RRC, at which point, staff discovered that MORENO was missing. Staff reported that they conducted an area search of the RRC, without locating MORENO's whereabouts. MORENO was last seen in the RRC at 8:07 p.m. of that same day. He was placed on escape status due to his unknown whereabouts. As of today's date, MORENO's whereabouts are unknown.

Continued on the attached sheet and made a part hereof:  ☐Yes  ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

_/s/Myles Banford_
Signature of Complaint

Deputy U.S. Marshal

November 16, 2022
Date

at Los Angeles, California
City and State

Alicia G. Rosenberg, United States Magistrate Judge
Name & Title of Judicial Officer

_Alicia G. Rosenberg_
Signature of Judicial Officer

AUSA Alexander Su: 213-894-0719